DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JORDAN LOYD FUSS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-482

[May 21, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Tim L. Bailey, Judge; L.T. Case No. 15-2834-CFl0A.

Jordan Loyd Fuss, Moore Haven, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***